No. 516.   REDWINE, STATE REVENUE COMMISSIONER, ET AL. *v.* GEORGIA RAILROAD & BANKING CO.   *Per Curiam:* The motion to affirm

is granted and the judgment is affirmed. *Wright* v. *Georgia Railroad & Banking Co.*, 216 U. S. 420; *Georgia R. Co.* v. *Redwine*, 342 U. S. 299. MR. JUSTICE BLACK dissents. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and the case set down for argument. *Eugene Cook*, Attorney General of Georgia, *M. H. Blackshear, Jr.*, Deputy Attorney General, and *Lamar W. Sizemore*, Assistant Attorney General, for Redwine, *Harold Sheats* and *Standish Thompson* for Fulton County, and *Victor Davidson* and *Cleburne E. Gregory, Jr.* for the City of Union Point et al., appellants. *Robert B. Troutman* and *Furman Smith* for appellee.